## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN ANDREWS,                          :
    Plaintiff,                          :
                                        :
v.                                      :          CIVIL ACTION NO. 25-CV-5190
                                        :
DR PAUL LITTLE, et al.,                 :
    Defendants.                         :

## ORDER

AND NOW, this 7th day of July 2026, upon consideration of Motion to Dismiss filed by Defendants Paul Little and John Nicholson (Dkt. 14), Plaintiff Kevin Andrews's Response thereto (Dkt. 21), Defendants' Reply (Dkt. 22), and Plaintiff's sur-Reply (Dkt. 23), the following is hereby ORDERED:

1. The Motion to Dismiss is GRANTED for the reasons stated in the Court's accompanying Memorandum.

2. The Complaint is DISMISSED WITH PREJUDICE.

3. The Clerk of Court is DIRECTED to CLOSE this case.

BY THE COURT:

GAIL A. WEILHEIMER, J.